Peter E. Perkowski (SBN 199491)
peter@perkowskilegal.com
PERKOWSKI LEGAL, PC
445 S. Figueroa Street
Suite 3100
Los Angeles, California 90071
Telephone: (213) 426-2137

Attorneys for Plaintiff
MICHAEL GRECCO PRODUCTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL GRECCO PRODUCTIONS, INC., | Case No.: 2:20-cv-00787 CJC (MRWx) |
|---|---|
| Plaintiff, | *Hon. Cormac J. Carney* |
| v. | **VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| REX FEATURES, LTD. et al., | |
| Defendants. | |

Under Rule 4l(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Michael Grecco Productions, Inc. hereby voluntarily dismisses without prejudice the entire action against all parties.

Dated:  September 11, 2020      Respectfully submitted,

**PERKOWSKI LEGAL, PC**

By:   /s/ Peter Perkowski
      Peter E. Perkowski

      Attorneys for Plaintiff
      MICHAEL GRECCO PRODUCTIONS, INC.